UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. BIRD, | Case No. 3:10-cv-00649-ECR-VPC |
| Plaintiff(s), | ORDER |
| vs. | |
| RECONTRUST COMPANY, N.A., BAC HOME SERVICING LP, BANK OF AMERICA N.A., et al., | |
| Defendants. | |

Defendants' Motion (#54) to Strike Jury Demand filed on August 30, 2011, is **GRANTED**. Plaintiff failed to provide any reason for his failure to timely request a jury as required by the Federal Rules of Civil Procedure.

Plaintiff's Motion (# 56) for Jury Trial filed on September 8, 2011, is **DENIED** for the same reason set forth above. The motion does not provide any appropriate basis to avoid the requirements of Fed. R. Civ. P. 38(b).

Dated this 3rd day of October 2011.

_Edward C. Reed._
EDWARD C. REED, JR.
United States District Judge