UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| CHRISTOPHER L. BIRD, | ) | 3:10-CV-00649-ECR-VPC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: October 14, 2011 |
| | ) | |
| RECONTRUST COMPANY, N.A.; BAC HOME SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1 through 10; and DOE CORPORATIONS 1 through 10, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

PRESENT:    EDWARD C. REED, JR.                               U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN           Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

MINUTE ORDER IN CHAMBERS

       This case arises out of a foreclosure of Plaintiff's residence.  Now pending before the Court are Plaintiff's motion (#22) for summary judgment and Defendants' motion (#28) to strike Plaintiff's motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(f).

       Summary judgment is appropriate where no genuine issue of material fact remains in dispute and the moving party is entitled to judgment as a matter of law.  Fed. R. Civ. P. 56(c).  In this case, Plaintiff seeks summary judgment on a claim for wrongful foreclosure. However, Plaintiff admits that the operative complaint contains no such claim.  (Pl.'s Resp. Def.'s Mot. Strike at 2 (#36).)  Plaintiff is not entitled to judgment as a matter of law on a claim that Plaintiff has failed to plead.

       **IT IS, THEREFORE, ORDERED** that Plaintiff's motion (#22) for summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion (#28) to strike is **DENIED** as moot.

```
                                        LANCE S. WILSON, CLERK

                                        By       /s/
                                             Deputy Clerk
```