**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER L. BIRD, | 3:10-CV-00649-ECR-VPC |
| Plaintiff, | **Order** |
| vs. | |
| RECONTRUST COMPANY, N.A.; BAC HOME SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1 through 10; and DOE CORPORATIONS 1 through 10, | |
| Defendants. | |

This case arises out of the foreclosure of Plaintiff's residence.

**I. Plaintiff's Objections (##43, 46) to Magistrate Judge's Order (#42)**

Plaintiff has filed objections (##43, 46) to the Magistrate Judge's July 5, 2011 order (#42). Defendants submitted their opposition (#62) on October 21, 2011. The Court will treat Plaintiff's objections as a review and appeal pursuant to Local Rule IB 3-1 and 28 U.S.C. § 636(b)(1)(A). As such, a reviewing court may reconsider a Magistrate Judge's pretrial ruling "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A).

1     Plaintiff objects to the Magistrate Judge's ruling denying
2  Plaintiff's Second Motion to Amend Complaint (#37), allowing
3  Defendants to take Plaintiff's deposition, denying Plaintiff's oral
4  motion to take the deposition of the person most knowledgeable, and
5  finding that the time to file the joint pretrial order was past.
6     The Court finds that the Magistrate Judge's rulings on the
7  depositions and denying the Plaintiff's Second Motion to Amend (#37)
8  are consistent with the law.  The issue with regard to time to file
9  a pretrial order has been rendered moot by reasons set forth below.
10 For these reasons, the Magistrate Judge's Order (#42) must be
11 affirmed.
12
13            **II. Plaintiff's Motion for Reconsideration (#67)**
14     On December 15, 2011, Plaintiff submitted a Motion for
15 Reconsideration (#67) of the Court's December 14, 2011 Order (#66).
16 Our system tendered Defendants' proposed pretrial order (#69) to the
17 Court as having been approved by all parties.  This was incorrect
18 and neither that Pretrial Order (#69) nor the supplemental Order
19 (#68) should have been entered.  The Court agrees with Plaintiff
20 that the Court was mistaken in finding (#66) that the parties had
21 agreed on the Joint Pretrial Order (##68, 69).  Upon further review
22 of the record, it appears that the parties could not agree and
23 instead submitted separate pretrial orders which disagree on a
24 number of important dates.  Plaintiff's Motion for Reconsideration
25 (#67) must therefore be granted.
26
27
28                                  2

1     **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's
2 July 5, 2011 ruling (#42) is **AFFIRMED**.
3
4     **IT IS FURTHER ORDERED THAT** Plaintiff's Motion for
5 Reconsideration (#67) of Order (#66) is **GRANTED**.  Orders (##66, 68,
6 69) are hereby **VACATED**.
7
8     **IT IS FURTHER ORDERD THAT** the matter of settling the Pretrial
9 Order is **REFERRED** to the Magistrate Judge.
10
11
12 DATED: January 12, 2012.
13
14                             _____
                               UNITED STATES DISTRICT JUDGE

3