1

2

3

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

5

6 CHRISTOPHER L. BIRD,                )    3:10-CV-00649-ECR-VPC
                                     )
7        Plaintiff,                  )    **Order**
                                     )
8 vs.                                )
                                     )
9 RECONTRUST COMPANY, N.A.; BAC HOME )
  SERVICING, LP, a subsidiary of     )
10 BANK OF AMERICA, N.A., f/k/a       )
   COUNTRYWIDE HOME LOANS SERVICING   )
11 LP; MORTGAGE ELECTRONIC            )
   REGISTRATION SYSTEMS, INC.; JOHN   )
12 DOES 1 through 10; and DOE         )
   CORPORATIONS 1 through 10,         )
13                                    )
         Defendants.                  )
14 _____)

15

16     This case arises out of the foreclosure of Plaintiff's

17 residence.

18

19  **I. Plaintiff's Objections (##43, 46) to Magistrate Judge's Order**

20                            **(#42)**

21 Plaintiff has filed objections (##43, 46) to the Magistrate Judge's

22 July 5, 2011 order (#42).  Defendants submitted their opposition

23 (#62) on October 21, 2011.  The Court will treat Plaintiff's

24 objections as a review and appeal pursuant to Local Rule IB 3-1 and

25 28 U.S.C. § 636(b)(1)(A).  As such, a reviewing court may reconsider

26 a Magistrate Judge's pretrial ruling "where it has been shown that

27 the magistrate judge's order is clearly erroneous or contrary to

28 law."  28 U.S.C. § 636(b)(1)(A).

Plaintiff objects to the Magistrate Judge's ruling denying Plaintiff's Second Motion to Amend Complaint (#37), allowing Defendants to take Plaintiff's deposition, denying Plaintiff's oral motion to take the deposition of the person most knowledgeable, and finding that the time to file the joint pretrial order was past.

The Court finds that the Magistrate Judge's rulings on the depositions and denying the Plaintiff's Second Motion to Amend (#37) are consistent with the law.  The issue with regard to time to file a pretrial order has been rendered moot by reasons set forth below. For these reasons, the Magistrate Judge's Order (#42) must be affirmed.

## II. Plaintiff's Motion for Reconsideration (#67)

On December 15, 2011, Plaintiff submitted a Motion for Reconsideration (#67) of the Court's December 14, 2011 Order (#66). Our system tendered Defendants' proposed pretrial order (#69) to the Court as having been approved by all parties.  This was incorrect and neither that Pretrial Order (#69) nor the supplemental Order (#68) should have been entered.  The Court agrees with Plaintiff that the Court was mistaken in finding (#66) that the parties had agreed on the Joint Pretrial Order (##68, 69).  Upon further review of the record, it appears that the parties could not agree and instead submitted separate pretrial orders which disagree on a number of important dates.  Plaintiff's Motion for Reconsideration (#67) must therefore be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's July 5, 2011 ruling (#42) is **AFFIRMED**.

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for Reconsideration (#67) of Order (#66) is **GRANTED**.   Orders (##66, 68, 69) are hereby **VACATED**.

**IT IS FURTHER ORDERD THAT** the matter of settling the Pretrial Order is **REFERRED** to the Magistrate Judge.

DATED: January 12, 2012.

_____
UNITED STATES DISTRICT JUDGE