```
          FILED           RECEIVED
          ENTERED         SERVED ON
                   COUNSEL/PARTIES OF RECORD

              APR - 2 2012

          CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
       BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. BIRD, | 3:10-CV-00649-RCJ-VPC |
| Plaintiff, | **Order** |
| vs. | |
| RECONTRUST COMPANY, N.A.; BAC HOME SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., f/k/a COUNTRYWIDE HOME LOANS SERVICING LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1 through 10; and DOE CORPORATIONS 1 through 10, | |
| Defendants. | |

This case arises out of the foreclosure of Plaintiff's residence and is set for a bench trial on April 12, 2012.

On March 21, 2012, Plaintiff filed a Motion for Reconsideration (#80) regarding the Order (#61) of October 14, 2011 wherein the District Judge denied Plaintiff's Motion for Summary Judgment (#22) on the grounds that it sought judgment on a claim not alleged in the Complaint (#1-2). Plaintiff argues that the previous Order (#61) should be rescinded so that Plaintiff may proceed on an amended complaint.

Plaintiff also filed a Motion to Amend Complaint (#81) on March 21, 2012 wherein Plaintiff seeks to amend the complaint to conform to proof filed in its previous motion for summary judgment (#22).

The Court finds that Plaintiffs should not be granted leave to amend the complaint at this late date mere weeks before trial. Moreover, Plaintiff has failed to attach a proposed amended complaint to his motions as required by Local Rule 15-1, further delaying notice to the Court and Defendants of Plaintiff's proposed claims. On these bases, Plaintiff will not be granted leave to amend.

**IT IS, THEREFORE, HEREBY ORDERED THAT** Plaintiff's Motion for Reconsideration (#80) and Motion to Amend Complaint (#81) are **DENIED**.

DATED: March 30, 2012.

_____
UNITED STATES DISTRICT JUDGE