JULIAN C. SMITH, JR.
State Bar #821
JOYLYN HARMER
State Bar #5661
Smith and Harmer, Ltd.
502 North Division Street
Carson City, Nevada 89703
Telephone: (775) 883-3200
E-Mail: julian@smithandharmer.com
E-Mail: joylyn@smithandharmer.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. BIRD,<br>    Plaintiff,<br><br>    vs.<br><br>RECONTRUST COMPANY, N.A.,<br>BAC HOME SERVICING, LP, a<br>subsidiary of BANK OF<br>AMERICA, N.A., f/k/a<br>COUNTRYWIDE HOME LOANS<br>SERVICING LP, MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, INC., JOHN DOES<br>1 through 10; and DOE<br>CORPORATIONS 1 through 10,<br>    Defendants. | Case No. 3:10-cv-00649-RCJ-VPC<br><br><br><br><br><br><br>**JUDGMENT** |

The Court having rendered its Findings of Fact and Conclusions of Law enters judgment in favor of Plaintiff and against all Defendants as follows:

1.  Defendants are to reconvey the deed of trust to Plaintiff dated April 29, 2008, recorded May 5, 2008, as Document No. 425520 for real property at 305 Mica Circle,

/////

Moundhouse, Lyon County, Nevada, APN #19-601-16 more particularly described as:

> Lot 33 as shown on the Map of Moundhouse Mobile Home Subdivision, Unit 3, Phase III, filed in the Office of the Lyon County Recorder on May 16, 1991, File No. 141525.

2. Defendants are to credit to Plaintiff $1,187.38 paid to TBW as a credit on Plaintiff's note dated May 18, 2009.

3. Plaintiff is to execute a substitute promissory note and deed of trust for the same terms as the note and deed of trust effective May 18, 2009, if Defendants cannot locate the original documents signed by Plaintiff in May of 2009.

4. The Trustee's Deed dated September 20, 2010, and recorded on September 27, 2010, as Document No. 465549 with the Lyon County, Nevada Recorder is declared void and of no legal validity.

5. Defendants are to forthwith prepare and submit to Plaintiff an accounting showing credits and payments due from May 18, 2009, to present on the May 18, 2009 note. Plaintiff shall have 10 days from receipt of said accounting to file objections with the Court as to inaccuracies after consultation with Defendants' attorneys. The accounting shall not include late charges or penalties and shall indicate the amount necessary to bring the May 18, 2009 note current reflecting the amount and date of the next monthly payment, the amount of arrearages applied to principal and interest, and the unpaid balance on the May 18, 2009 note after payment

2

of the arrearages. Plaintiff shall have 30 days to pay at least $10,000 of the arrearages and 90 days to pay the balance.

    6.    Defendants shall pay Plaintiff $1,435.67 as costs as indicated on Plaintiff's Bill of Costs.

    7.    Defendants shall pay $60,000 to Plaintiff's attorneys Smith and Harmer, Ltd. as attorney's fees pursuant to NRS 18.010(2)(a). Smith and Harmer, Ltd. shall disburse to Plaintiff $10,000 of said fees and Plaintiff shall pay said $10,000 to Defendants toward Plaintiff's arrearages on the May 18, 2009 note pursuant to paragraph 5 above. Said $60,000 attorney's fees shall be paid forthwith to enable Plaintiff to meet his obligation in paragraph 5 above.

    8.    A certified copy of this Judgment is to be recorded with the Lyon County, Nevada Recorder.

    SO ORDERED this 7th day of November, 2013.

_____
U.S. DISTRICT COURT JUDGE

3