ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Defendants ReconTrust Company, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration System, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. BIRD,<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., BAC HOME SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., f/k/a COUNTRYWIDE HOMES LOANS SERVICING LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., JOHN DOES 1 through 10; and DOE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No.: 3:10-cv-00649-RCJ-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION RE CONTEMPT AND PERMANENT INJUNCTION [ECF NO. 128]**<br><br>[FIRST REQUEST] |

Plaintiff Christopher Bird and Defendant ReconTrust Company, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration System, Inc. (**Defendants**) stipulate as follows:

1. Plaintiff filed its motion to enforce judgment and re contempt and permanent injunction on November 1, 2017. [ECF No. 128]. Defendants' response is currently due on November 15, 2017.

1

43360007;1

2. The parties hereby stipulate and agree Defendant shall have fourteen (14) additional days to file its response. The new deadline for Defendant to file its response to Plaintiff's motion to enforce judgment and re contempt and permanent injunction shall be **December 1, 2017**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated November 13, 2017

| **AKERMAN LLP** | **SMITH AND HARMER, LTD.** |
|---|---|
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for ReconTrust Company, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration System, Inc.LLC* | JULIAN C. SMITH, JR, ESQ.<br>Nevada Bar No. 821<br>JOYLYN HARMER, ESQ.<br>Nevada Bar No. 5661<br>502 North Division Street<br>Carson City, Nevada 89703<br><br>*Attorneys for Christopher L. Bird* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11/15/2017

2