ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:　(702) 634-5000
Facsimile:　(702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for ReconTrust Company, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration System, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER L. BIRD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., BAC HOME SERVICING, LP, a subsidiary of BANK OF AMERICA, N.A., f/k/a COUNTRYWIDE HOMES LOANS SERVICING LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., JOHN DOES 1 through 10; and DOE CORPORATIONS 1 through 10,<br><br>　　　　　　Defendants. | Case No.: 3:10-cv-00649-RCJ-VPC<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION RE CONTEMPT AND PERMANENT INJUNCTION AND DISMISS LITIGATION**<br><br>**AND**<br><br>**SATISFACTION OF JUDGMENT** |

　　　　Christopher Bird (**Plaintiff**) and ReconTrust Company, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration System, Inc. (**Defendants**) stipulate as follows:

　　　　1.　　The motion re contempt and permanent injunction filed by Plaintiff on November 1, 2017 [ECF No. 128] is hereby withdrawn.

　　　　2.　　The parties hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees.

44031527;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. The parties hereby stipulate and agree that the judgment entered on November 7, 2013 [ECF No. 109] has been satisfied in full.

4. The parties stipulate that the hearing scheduled for April 17, 2018 shall be vacated.

DATED: April 16, 2018.

| **AKERMAN LLP** | **SMITH AND HARMER, LTD.** |
|---|---|
| /s/ Tenesa S. Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for ReconTrust Company, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration System, Inc.LLC* | /s/ Julian C. Smith<br>JULIAN C. SMITH, JR, ESQ.<br>Nevada Bar No. 821<br>JOYLYN HARMER, ESQ.<br>Nevada Bar No. 5661<br>502 North Division Street<br>Carson City, Nevada 89703<br><br>*Attorneys for Christopher L. Bird* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: April 16, 2018

44031527;1